# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELA GROUP, INC.

VERSUS

THE STATE OF LOUISIANA,
DIVISION OF ADMINISTRATION,
OFFICE OF FACILITY PLANNING
AND CONTROL

NO.  2021 CW 1348

**JANUARY 31, 2022**

---

In Re:    State of Louisiana, Division of Administration, Office
          of Facility Planning and Control, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 696863.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT  DISMISSED.**   This  writ  application  is  dismissed,
pursuant  to  the  motion  of  relator,  the  State  of  Louisiana,
Division  of  Administration,  Office  of  Facility  Planning  and
Control, advising its present application for supervisory writs
is no longer necessary.

                         **JMG**
                         **GH**
                         **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT